938

No. 80-1326. SANDERS v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 80-1342. BASSETT ET AL. v. UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 80-1375. ALVAREZ v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 80-1423. ASSARSSON v. UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 80-1445. HEARST v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 80-1446. LAVIN v. COMMITTEE OF BAR EXAMINERS OF THE STATE BAR OF CALIFORNIA. Sup. Ct. Cal. Certiorari denied.

No. 80-1451. ROBBINS & MYERS, INC. v. NATIONAL LABOR RELATIONS BOARD. C. A. 6th Cir. Certiorari denied.

No. 80-1468. BATTELSTEIN ET AL. v. INTERNAL REVENUE SERVICE. C. A. 5th Cir. Certiorari denied.

No. 80-1470. PENNINGTON ET AL. v. UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 80-1472. HOUSTON v. BENTTREE, LTD. C. A. 10th Cir. Certiorari denied.

No. 80-1485. LOHMAN v. OKLAHOMA. Ct. Crim. App. Okla. Certiorari denied.

No. 80-1487. HARVEY v. CONNOR. App. Ct. Ill., 1st Dist. Certiorari denied.